IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00347-WYD

PIN JI ZHENG,

    Petitioner,

v.

JANET NAPOLITANO, et al.,

    Respondents.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. My son-in-law is an associate at the law firm of Lau & Choi, P.C., and counsel of record for Petitioner Pin Ji Zheng in this case. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: February 20, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge